FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N Y

★ AUG 11 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

JAMES BLOUNT and JEROME CHAPMAN,

                              Plaintiffs,

           -against-

THE CITY OF NEW YORK, et. al.,

                              Defendants.

-------------------------------------------------------------- x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

11 Civ. 2089 (BMC)

       **WHEREAS,** plaintiffs commenced this action by filing a complaint on or about April 29, 2011, alleging that defendants violated plaintiffs' federal civil rights and state law claims; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiffs' allegations; and

       **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

       **WHEREAS,** plaintiffs have authorized their counsel to agree to the terms set forth below;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

       1.    The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or fees in excess of the amounts specified in paragraph "2" through "3" below.

       2.    Defendant City of New York hereby agrees to pay plaintiff James Blount Twenty Two Thousand Five Hundred Dollars ($22,500.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, the plaintiff James Blount agrees to dismissal of all the claims against defendants and to release the

defendants and any present or former employees and agents of the City of New York or any agency thereof, from any and all liability, claims, or rights of action which were or could have been alleged in this action, including claims for costs, expenses and attorneys' fees.

3. Defendant City of New York hereby agrees to pay plaintiff Jerome Chapman Seven Thousand Five Hundred Dollars ($7,500.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, the plaintiff Jerome Chapman agrees to dismissal of all the claims against defendants and to release the defendants and any present or former employees and agents of the City of New York or any agency thereof, from any and all liability, claims, or rights of action which were or could have been alleged in this action, including claims for costs, expenses and attorneys' fees.

4. Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, General Releases based on the terms of paragraphs 2 and 3 above and Affidavits of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, plaintiff shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through 411.26.

6. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

7. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

8. Plaintiffs agree to hold harmless the City of New York and the individual defendants regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, the City reserves the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

9. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: Brooklyn, New York
~~July~~ 9, 2011
August

REIBMAN AND WEINER
26 Court Street, Suite 1808
Brooklyn, N.Y. 11242
Attorneys for Plaintiffs
(718) 522-1743

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
New York, New York 10007
Attorney for Defendants City, Cruz and Mauriello
100 Church Street, Room 3-211
New York, N.Y. 10007
(212) 442-8248

By: _____
Michael B. Lumer, Esq.
Attorney for Plaintiffs

By: _____
Mark D. Zuckerman, Esq.
Senior Counsel

SO ORDERED: 3/9/11

/s/(BMC)
U.S.D.J.